IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ROMMEL DELAWARE, LLC, ROMMEL MOTORSPORTS DELAWARE, INC., and DAVID ROMMEL | § § § § § | No. 3, 2025 |
| | § § | Court Below—Court of Chancery of the State of Delaware |
| Defendants Below, Appellants, | § § § | |
| | § | C.A. No. 2019-0750 |
| v. | § § | |
| PAUL ELTON, LLC, | § § | |
| | § | |
| Plaintiff Below, Appellee. | § § § § | |

Submitted: June 11, 2025
Decided: July 7, 2025

Before **SEITZ**, Chief Justice; **TRAYNOR** and **GRIFFITHS**, Justices.

## ORDER

After careful consideration of the parties' briefs and the record on appeal, we find it evident that the judgment below should be affirmed on the basis of and for the reasons stated in the Court of Chancery's Memorandum Opinion granting in part and denying in part Defendants' motion to dismiss dated May 7, 2020; Telephonic Ruling granting Plaintiff's motion for a protective order and to stay discovery dated June 16, 2021; Order resolving Plaintiff's motion for summary judgment dated December 30, 2021; Letter Decision resolving issues regarding property appraisal process dated August 3, 2022; Letter Decision denying Defendants' motion for

reargument and to reopen discovery and granting Defendants leave to complete appraisal dated November 22, 2022; and Letter Opinion and Order granting Plaintiff's motion for entry of final judgment dated December 3, 2024.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice

2